UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL COLINA-GONZALEZ, A-245-187-756,

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY,

Respondent.

No. 1:26-cv-05168-TLN-CKD P

ORDER

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner also filed a motion to proceed in forma pauperis and a motion for appointment of counsel. The application to proceed in forma pauperis makes the required showing and is granted. See 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the petition. Upon review of that response, the court will determine whether this case would benefit from appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B).

////

////

////

////

Good cause appearing, IT IS ORDERED that respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

Dated: July 9, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 coli5168.res